**Richard Roy SCOTT, Plaintiff–Appellant,**

v.

**Mark SELING; et al., Defendants–Appellees.**

**No. 05–35036.**

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2008.*

Filed Aug. 5, 2008.

Richard Roy Scott, Steilacoom, WA, pro se.

R.App. P. 34(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Timothy Norman Lang, Esq., Donna J. Hamilton, Esq., Gordon & Rees, LLP, Phoenix, AZ, Jeffrey R. Erwin, Esq., Office of the Washington Attorney General, Social & Health Services, Olympia, WA, for Defendants–Appellees.

Before: B. FLETCHER, THOMAS, and WARDLAW, Circuit Judges.

### MEMORANDUM **

Richard Roy Scott appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging violations of his civil rights in connection with his detainment in the Washington State Special Commitment Center. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Navarro v. Block,* 72 F.3d 712, 714 (9th Cir.1995). We affirm.

Scott advances no argument challenging the district court's dismissal of the action. We therefore deem any challenge to the judgment abandoned. *See Indep. Towers of Wash. v. Washington,* 350 F.3d 925, 929 (9th Cir.2003) (explaining that issues not argued on appeal are deemed abandoned).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

